**DISMISS and Opinion Filed August 18, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00698-CV

## IN THE INTEREST OF K.W., A CHILD

**On Appeal from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-55854-2017**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated June 20, 2023 we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

We dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220698F.P04



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

IN THE INTEREST OF K.W., A
CHILD

No. 05-22-00698-CV

On Appeal from the 468th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 468-55854-
2017.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered August 18, 2023